No. 534. RENE ARBIB *v.* UNITED STATES. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry N. Arnold* for petitioner. *The Solicitor General* for the United States.

---

No. 535. GALVESTON, HOUSTON & HENDERSON RAILROAD COMPANY *v.* UNITED STATES. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alex. Britton, Mr. Evans Browne* and *Mr. J. W. Terry* for petitioner. *The Solicitor General* and *Mrs. Annette Abbott Adams*, Assistant Attorney General, for the United States.

---

No. 537. ELIZABETH L. HUGHES *v.* SARA E. TECHT, ALSO KNOWN AS SARAH E. TECHT. October 25, 1920. Petition for a writ of certiorari to the Court of Appeals of the State of New York denied. *Mr. Allan C. Rearick* for petitioner. *Mr. Adolph Bloch* for respondent.

---

No. 539. CATHERINE K. NEWTON ET AL. *v.* WILLIAM A. RHEA ET AL. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward H. S. Martin* and *Mr. Shepard Barclay* for petitioners. *Mr. Frank Hagerman* and *Mr. Thomas Hackney* for respondents.